

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: WALMART, INC. AND WAL-MART STORES TEXAS, LLC, | § | No. 08-20-00191-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relators. | § | IN MANDAMUS |
| | § | |

**O R D E R**

Pending before the Court is Relators' motion for emergency relief requesting that the Court stay enforcement of the trial court's September 8, 2020, discovery order in trial court cause number 2019DCV3471 until this Court can render a decision on Relators' petition for a writ of mandamus. Relators' motion for emergency relief is GRANTED. The discovery order is hereby stayed pending a decision on this petition for a writ of mandamus or further orders from this Court.

The Court has determined that it will not take any action on Relators' petition for a writ of mandamus pending a response on the merits from the Real Parties in Interest. The response from the Real Parties in Interest is requested to be filed by October 29, 2020.

IT IS SO ORDERED this 29th day of September, 2020.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.